| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court) 7:13-CR-88-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Britney Nicole Maness | EASTERN NORTH CAROLINA | WILMINGTON |
| | NAME OF SENTENCING JUDGE Malcolm J. Howard | |
| | DATES OF SUPERVISION → | FROM 10/03/2012 | TO 10/02/2016 |

**OFFENSE**
Conspiracy to Distribute and Posession with Intent to Distribute 50 Grams or More of Methamphetamine; and Conspiracy to Manufacture a Quantity of Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District Tennessee upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

10/6/14
Date

[signature] Malcolm Howard
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT TN

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

12-4-14
Effective date

[signature] Leon Jordan
United States District Judge